UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON ADAMS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:19-cv-1063-LCB-JHE |
| **KAY IVEY,** *et al.*, | ) |
| **Defendants.** | ) |

# ORDER

On February 1, 2021, U.S. Magistrate Judge John H. England issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that this case be dismissed with prejudice, granting the defendant's converted motion for summary judgment. (Doc. 20). Plaintiff has not objected to the Report and Recommendation.

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the District Court must conduct a de novo review of those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1). Unchallenged portions of a Magistrate Judge's report are reviewed for clear error. *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation

(Doc. 20) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. The case is therefore **DISMISSED WITH PREJUDICE**.

The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this February 23, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE